## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYDEN, B. through his Parent Katina B.,** Plaintiff, | CIVIL ACTION |
| v. | |
| **ABINGTON SCHOOL DISTRICT,** Defendants. | NO. 19-1914 |

### O R D E R

**AND NOW**, this 24th day of February, 2020, upon consideration of the parties' cross-Motions for Judgment on the Administrative Record (ECF 12 and 14) and the Responses thereto (ECF 17 and 18), **IT IS ORDERED** that Defendant's motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

The Clerk of Court is **ORDERED** to **TERMINATE** this matter.

                                                **BY THE COURT:**

                                                **/s/Wendy Beetlestone, J.**
                                                _____
                                                **WENDY BEETLESTONE, J.**